THE STATE EX REL. CAPPELLA, APPELLEE, *v.* INDUSTRIAL COMMISSION
OF OHIO ET AL.; MSL INDUSTRIES, INC., APPELLANT.

[Cite as *State ex rel. Cappella v. Indus.
Comm.* (2001), 91 Ohio St.3d 23.]

(No. 00–827—Submitted November 14, 2000—Decided January 24, 2001.)

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

*Willacy, LoPresti & Marcovy* and *Timothy A. Marcovy,* for appellant.